# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through February 18, 2021.

Selected Entity Name: EL MAMBI REST CORP.
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | EL MAMBI REST CORP. |
| **DOS ID #:** | 3383506 |
| **Initial DOS Filing Date:** | JUNE 30, 2006 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
EL MAMBI REST CORP.
4181 BROADWAY
NEW YORK, NEW YORK, 10033

**Chief Executive Officer**
RAUL ACOSTA
4181 BROADWAY
NEW YORK, NEW YORK, 10033

**Principal Executive Office**
EL MAMBI REST CORP.
4181 BROADWAY
NEW YORK, NEW YORK, 10033

**Registered Agent**
NONE

This office does not record information regarding the
names and addresses of officers, shareholders or

directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 200 | No Par Value | |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| JUN 30, 2006 | Actual | EL MAMBI REST CORP. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results | New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us