**Notice and Acknowledgement of Pay Rate and Payday/Aviso y Acuse de Recibo de Tasa de Pago y Día de Cobro**
Under Section 195.1 of the New York State Labor Law/Bajo la Sección 195.1 de La Ley de Trabajo del Estado de Nueva York
Notice for Hourly Rate Employees/Aviso para empleados con tasa de pago por hora



**1. Employer Information/Información del Empleador**

Name/Nombre: El Mambi Rest. (corp)

Doing Business As (DBA) name(s)/Nombre(s) comercial(es): Mambi Steak House

FEIN (optional)/Número de Identificación Federal (opcional): 205 156 598

Physical Address/Dirección Física: 4481 Broadway

Mailing Address/Dirección postal u oficial: New York NY- 10033

Phone/Teléfono: (212) 928 9796

**2. Notice given/Aviso emitido:**
☒ At hiring/ En la contratación
☐ On or before February 1/En o antes del 1 de Febrero
☐ Before a change in pay rate(s), allowances claimed or payday. Antes de un cambio en tasa de pago, créditos tomados, o día de cobro

**3. Employee's Pay Rate/Tasa de pago del empleado:**
$ 7.50 per hour/por hora

**4. Allowances taken/Créditos tomados:**
☒ None/ninguno
☐ Tips/Propinas 2.50 per hour/ por hora
☐ Meals/Comidas _____ per meal/ por comida
☐ Lodging/ Hospedaje
☐ Other/Otro

**5. Regular payday/Día de Cobro Regular:** Domingo

**6. Pay Is/El pago es:**
☒ Weekly/ Semanal
☐ Bi-weekly/Quincenal
☐ Other/Otro

**7. Overtime Pay Rate/Tasa de Pago de Horas Extras (más de 40 horas trabajadas en una semana):**
$ 13.0 per hour/por hora (This must be at least 1½ times the worker's regular rate, with few exceptions.)/Con pocas excepciones, esta tasa debe ser por lo menos 1½ veces la tasa de pago regular para el trabajador.

**8. Employee Acknowledgement/Acuse de Recibo del Empleado:** On this day, I received notice of my pay rate, overtime rate if eligible, allowances, and designated payday in English and my primary language. I told my employer that my primary language is Spanish. En esta fecha, se me ha informado de mi tasa de pago, mi tasa de pago de horas extras (si elegible), créditos, y del día de cobro en inglés y en mi lengua materna. Le indiqué al empleador de qu mi lengua materna es español.

X Wanda Estrella
Print Employee Name/Escriba el nombre del empleado en letra de imprenta

X Wanda Estrella
Employee Signature/Firma del Empleado

X 1/8/17
Date/Fecha

Dunia
Preparer Name and Title/Nombre y Título del Preparador de este Documento.

The employee must receive a signed copy of this form. The employer must keep the original for 6 years./El empleado debe recibir una copia firmada, de este documento. El original debe permanecer con el empleador por 6 años.

LS 54S (03/11)