**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

YESENIA JAVIER MARIA (A.K.A
WANDA) individually and on behalf of others
similarly situated,

                                    *Plaintiff,*


- vs -


EL MAMBI REST CORP. (D/B/A MAMBI),
EL MAMBI STEAKHOUSE CORP. (D/B/A
MAMBI), RAUL ACOSTA, RAUL RYAN
ACOSTA A.K.A RAULITO ACOSTA,
GABRIEL CRUZ-CAPOTE, RAFAELINA
(A.K.A. NINA) BAUTISTA, and GIOVANNI
BAUTISTA,

                                    *Defendants.*
---------------------------------------------------------X

20-cv-3707

**NOTICE OF PLAINTIFFS'**
**ACCEPTANCE OF DEFENDANTS'**
**OFFERS OF JUDGMENT**
**PURSUANT TO F.R.C.P. RULE 68**

Plaintiff, YESENIA JAVIER MARIA (A.K.A. WANDA), by and through her undersigned

counsel, hereby notify the Court that on or about August 1, 2022, said Plaintiff accepted Defendants EL

MAMBI REST CORP. (D/B/A MAMBI), EL MAMBI STEAKHOUSE CORP. (D/B/A MAMBI), RAUL

ACOSTA, RAUL RYAN ACOSTA A.K.A RAULITO ACOSTA, GABRIEL CRUZ-CAPOTE,

RAFAELINA (A.K.A. NINA) BAUTISTA, and GIOVANNI BAUTISTA's Offer of Judgment, pursuant

to Rule 68 of the Federal Rules of Civil Procedure.  Annexed hereto are copies of, respectively, (a) said

Offer of Judgment; (b) Plaintiffs' said acceptance of said Offer of Judgment; (c) Proof of Service of said

Acceptance.

        Dated: August 2, 2022

Clela A. Errington, Esq.
CSM Legal, P.C.
60 East 42nd Street, Ste. 4510
New York, New York 10165
Tel: (212) 317-1200
Email: clela@csm-legal.com
*Counsel for Plaintiffs*