UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
YESENIA JAVIER MARIA (A.K.A WANDA)
individually and on behalf of others similarly situated,
                 *Plaintiff,*

     Case No.: 20-cv-3707

- vs -

EL MAMBI REST CORP. (D/B/A MAMBI), EL
MAMBI STEAKHOUSE CORP. (D/B/A MAMBI),
RAUL ACOSTA, RAUL RYAN ACOSTA A.K.A
RAULITO ACOSTA, GABRIEL CRUZ-CAPOTE,
RAFAELINA (A.K.A. NINA) BAUTISTA, and
GIOVANNI BAUTISTA,
                 *Defendants.*

     [Proposed Form Of]
     JUDGMENT

-----------------------------------------------------------------X

## JUDGMENT

On August 2, 2022, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, YESENIA JAVIER MARIA, has judgment against MAMBI REST CORP. (D/B/A MAMBI), EL MAMBI STEAKHOUSE CORP. (D/B/A MAMBI), RAUL ACOSTA, RAUL RYAN ACOSTA A.K.A RAULITO ACOSTA, GABRIEL CRUZ-CAPOTE, RAFAELINA (A.K.A. NINA) BAUTISTA, and GIOVANNI BAUTISTA, jointly and severally, in the amount of Forty-Five Thousand Dollars and No Cents ($45,000.00), which is inclusive of attorneys' fees and costs.

Dated: _____, 2022

                                                _____
                                                HON. J. PAUL OETKEN
                                                UNITED STATES DISTRICT JUDGE