**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
YESENIA JAVIER MARIA (A.K.A WANDA)
individually and on behalf of others similarly situated,
                                    *Plaintiff,*                        **Case No.:  20-cv-3707**

- vs -

EL MAMBI REST CORP. (D/B/A MAMBI), EL
MAMBI STEAKHOUSE CORP. (D/B/A MAMBI),
RAUL ACOSTA, RAUL RYAN ACOSTA A.K.A          **JUDGMENT**
RAULITO ACOSTA, GABRIEL CRUZ-CAPOTE,
RAFAELINA (A.K.A. NINA) BAUTISTA, and
GIOVANNI BAUTISTA,
                                    *Defendants.*

-----------------------------------------------------------------X

## JUDGMENT

On August 2, 2022, Plaintiff filed a notice of acceptance of offer of judgment pursuant to

Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, YESENIA JAVIER MARIA, has judgment against MAMBI REST CORP.

(D/B/A MAMBI), EL MAMBI STEAKHOUSE CORP. (D/B/A MAMBI), RAUL ACOSTA,

RAUL RYAN ACOSTA A.K.A RAULITO ACOSTA, GABRIEL CRUZ-CAPOTE,

RAFAELINA (A.K.A. NINA) BAUTISTA, and GIOVANNI BAUTISTA, jointly and severally,

in the amount of Forty-Five Thousand Dollars and No Cents ($45,000.00), which is inclusive of

attorneys' fees and costs.

**The Clerk is directed to close this case.**

Dated:  August 3, 2022

_____
                                J. PAUL OETKEN
                                United States District Judge